**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BANNER GROUP CORP.,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:06-cv-706-Orl-22KRS**

**UNITED STATES OF AMERICA and DR. THOMAS R. MEGAR,**

        **Defendants.**

_____

**ORDER**

This cause is before the Court on the Report and Recommendation (Doc. No. 71) filed on March 20, 2007.

The United States Magistrate Judge has submitted a report recommending that Damark's answer be stricken, that a default be entered against Damark, and that Richard Cook, Esq. and Martin Pedata, Esq. be permitted to withdraw.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 20, 2007 (Doc. No. 71) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Answer of DaMark Investments, Inc. (Doc. No. 24) is hereby **STRICKEN**.

3. The Clerk is directed to enter a **DEFAULT** against DaMark Investments, Inc. on the Third-Party Complaint of the United States of America (improperly titled a Crossclaim).

4. The Clerk is directed to terminate Richard Cook, Esq. and Martin Pedata, Esq. as counsel for DaMark Investments, Inc.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 11, 2007.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

DaMark Investments, Inc.
P.O. Box CB-10988, Nassau, Bahamas