UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BANNER GROUP CORP.,

    Plaintiff,

-vs-                                            Case No. 6:06-cv-706-Orl-28KRS

UNITED STATES OF AMERICA and DR.
THOMAS R. MEGAR,

    Defendants.
_____

# ORDER

This case is before the Court on World Savings Bank, FSB's Motion for Attorney's Fees (Doc. No. 113) filed May 23, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed September 26, 2008 (Doc. No. 119) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    World Savings Bank, FSB's Motion for Attorney's Fees (Doc. No. 113) is **GRANTED in part** and **DENIED in part.**

    3.    World Savings Bank, FSB is awarded $24,991.80 in attorney's fees and $1,390.69 in expenses, to be paid by the United States of America.

DONE and ORDERED in Chambers, Orlando, Florida this ___16___ day of October, 2008.

                                            JOHN ANTOON II
                                            United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party